**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICARDO LEYVA, | ) | NO. ED CV 10-1277-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 13, 2011.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE